PROB 12C  
(6/16)

Report Date: September 6, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brandon Daniel Rose | Case Number: 0980 2:17CR00229-TOR-2 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓, Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 5, 2020

| | |
|---|---|
| Original Offense: | Count 1:  Conspiracy to Distribute 50 Grams or More of a Mixture Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846; Count 2:  Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2); |
| Original Sentence: | Prison - 96 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ann Wick |
| | Date Supervision Commenced: November 14, 2023 |
| Defense Attorney: | John Stephen Roberts, Jr. |
| | Date Supervision Expires: November 13, 2028 |

### PETITIONING THE COURT

To issue a summons.

On November 17, 2023, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Protection Order Violation, in violation of RCW 7.105.450.1, on or about September 3, 2024. |
| | On September 3, 2024, the offender was arrested by the Spokane Police Department for a protection order violation, Spokane Municipal Court case number 4A0540759.  He was released from custody on his own recognizance on September 4, 2024, and is scheduled to appear in Spokane Municipal Court for a pretrial conference hearing on September 18, 2024. |
| | According to incident report number 2024-20180574, on September 3, 2024, officers were dispatched to Lidgerwood Elementary School due to a report of a protection order violation. The complainant called on behalf of his girlfriend, who reported the incident to him that |

Prob12C
**Re: Rose, Brandon Daniel**
**September 6, 2024**
**Page 2**

same date. Officers made contact with the victim who stated she was dropping her daughter off at school when the offender drove his vehicle in front of her and blocked her car in. He proceeded to approach her vehicle and they had a discussion about one of their children. The victim reported that he became argumentative and then left. Camera footage from the elementary school was reviewed and the information provided by the victim was confirmed. Additionally, the responding officer was able to verify that there is currently a protection order in place between the offender and the victim.

Later that same date, officers located the offender at his place of employment. When questioned, Mr. Rose confirmed he had contact with the victim and stated he was trying to speak to her about their son. Subsequently, Mr. Rose was taken into custody and booked into Spokane County Jail. The incident report notes that the offender was compliant and appeared to be forthcoming with the officers.

On September 5, 2024, Mr. Rose notified the undersigned of his arrest, as required.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 6, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

September 6, 2024
Date